AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| ANIKKHAN YUSUFKHAN PATHAN | ) Case No. |
|  | ) 1:19-mj-499 |
|  | ) |
|  | ) |
|  | ) |
| Defendant(s) | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 2017 to September 13, 2017** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
(See attached affidavit.)

☐ Continued on the attached sheet.

SAUSA Rachael Tucker (LT)

*Complainant's signature*

Warren Buckley, Special Agent, DHS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 22, 2019

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*