# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:**

City:
Superseding Indictment:
**Criminal No.**

County: Fairfax
Same Defendant:
New Defendant: X

Magistrate Judge Case No.: 1:19-mj-499
**Arraignment Date:**

Search Warrant Case No.:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** ANIKKHAN YUSUFKHAN PATHAN   Alias(es):   ☐ Juvenile   FBI No.:

**Address:** Alexandria, Virginia

**Employment:**

**Birth Date:** xx/xx/1991   **SSN:**   **Sex:** Male   **Race:**   **Nationality:**

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   Language/Dialect:   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   Counsel Conflicts:

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rachael Tucker   **Phone:** 703-838-2622   Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Warren Buckley, Special Agent, U.S. Department of Homeland Security

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1343 | Wire Fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 11.22.19   **AUSA Signature:** [signature: Rachael C. Tucker]

*may be continued on reverse*